AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

1:35 pm, Mar 23, 2021
**JEFFREY P. COLWELL, CLERK**

# Return

| Case No.: 21-sw-00111-KLM | Date and time warrant executed: 02/24/2021 @ 1059 hours 03/11/2021 @ 1423 hours | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of : TFO Michael Kim and TFO Daniel Kim, FBI Denver Rocky Mountain Safe Streets Task Force, 4624 Central Park Boulevard #300, Denver, Colorado.

Littleton Police Detective Adam Alderson and TFO Daniel Kim, Littleton Police Department, 2255 West Berry Avenue, Littleton, Colorado.

Inventory of the property taken and name of any person(s) seized:

02/24/2021 @ 1059 hours - Digital information from one of the six cellular phones.
03/11/2021 @ 1423 hours – Digital information from five of the six cellular phones.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/11/2021

*Executing officer's signature* 1405

Daniel Kim, FBI Safe Streets Task Force Officer

*Printed name and title*